

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00917-CV

Ziaunnisa K. **LODHI**,
Appellant

v.

Shah A. **HAQUE**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI04290
Honorable Rosie Alvarado, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee Shah A. Haque recover his costs of this appeal from appellant Ziaunnisa K. Lodhi.

SIGNED November 6, 2019.

_____
Rebeca C. Martinez, Justice